```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

UNITED STATES OF AMERICA      *
                              *
V                             *    CRIMINAL ACTION NUMBER
                              *    1:18-cr-195-LMM-JSA
GOGUT SERBAN,                 *
                              *
     Defendant.               *
```

## SENTENCING MEMORANDUM

COMES NOW the Defendant, who files the within and foregoing Sentencing Memorandum in advance of his November 27, 2018 sentencing hearing, showing as follows:

A. **Mr. Serban had a Mitigating Role in the Offense**

As to Role in the Offense adjustments, the plea agreement stated, "The government agrees to make no recommendation regarding the 2-level downward adjustment pursuant to §3B1.2 and the defendant agrees he will not argue for more than a 2-level downward adjustment pursuant to §3B1.2." Consequently, Mr. Serban will argue for a 2-level downward adjustment for having a minor role in the offense.

In the list of individuals who comprised the criminal organization, Mr. Serban was substantially less culpable than the average participant in the offense. Mr. Serban was one of the persons who withdrew money from the ATMs. In essence, Mr. Serban was a money currier for the organization. He took money from the bank accounts and gave them to the organizers or leaders of the

criminal activity.

Decreasing the offense level based on Mr. Serban's mitigating role in the offense has support in the Sentencing Guidelines. U.S.S.G. §3B1.2, comment. (n.3(A)) states,

> A defendant who is accountable under §1B1.3 (Relevant Conduct) only for the conduct in which the defendant personally was involved and who performs a limited function in the criminal activity may receive an adjustment under this guideline. For example, a defendant who is convicted of a drug trafficking offense, whose participation in that offense was limited to transporting or storing drugs and who is accountable under §1B1.3 only for the quantity of drugs the defendant personally transported or stored may receive an adjustment under this guideline.

In this case, Mr. Serban did perform a limited function, i.e. money currier. In that sense, his role is similar to a defendant whose participation in a drug trafficking offense was to transport drugs. Furthermore, the loss amount is based on several hundred transactions. Mr. Serban is only accountable for a few of those withdrawals.

The Sentencing Guidelines also disabuses the argument that Mr. Serban should not get a role reduction because, as a currier, he played an essential or indispensable role in the criminal activity. On the contrary, "[t]he fact that a defendant performs an essential or indispensable role in the criminal activity is not determinative. Such a defendant may receive an adjustment under this guideline if he or she is substantially less culpable than the average participant in the criminal activity." U.S.S.G.

§3B1.2, comment. (n.3(C)).

For those reasons, and any other reasons, Mr. Serban was a minor participant in the offense and should receive a 2-level reduction.

### B. Specific Sentencing Recommendation

Given the agreements between the parties and Mr. Serban's mitigating role in the offense, the guidelines calculations are as follows:

| U.S.S.G. | Description | Value |
| --- | --- | --- |
| 2B1.1(a)(2) | Base Offense Level | 6 |
| 2B1.1(b)(1)(D) | Loss greater than $40,000 | +6 |
| 2B1.1(b)(2)(A) | 10 or more victims | +2 |
| 3B1.2 | Mitigating Role | -2 |
| 3E1.1 | Acceptance of responsibility | -2 |
|  | Downward variance | -1 |
|  | Total Offense Level | 9 |
|  | Sentencing Guideline Range | 4-10 months |

In addition to the guideline calculation, this Honorable Court must sentence Mr. Serban to an additional sentence of 24 months imprisonment based on his conviction for aggravated identity theft.

Anticipating the likelihood that he will be deported, Mr.

3

Serban agrees to cooperate with immigration officials to voluntarily be deported. He and his immediate family intend to return to Romania and never return to the United States.

Based on the foregoing, Mr. Serban recommends this Court sentence him to a total term of imprisonment of 25 months, 3 years supervised release, and restitution in the amount of $84,760.50.

 

Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsels of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This __25_____ day of _____November_____, 2018.


Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@bellsouth.net